[No. 13481–7–I. Division One. March 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN GOTCHER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00466–3, Horton Smith, J., entered July 6, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.

[No. 12273–8–I. Division One. March 25, 1985.]

JAMES FROST, ET AL, *Plaintiffs,* ROBERT J. SHEEHAN, ET AL, *Appellants,* v. ROY SURFACE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–16955–6, Lloyd W. Bever, J., entered September 9, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 6228–7–III. Division Three. March 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND DEWAYNE MCCOY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00626–6, Howard Hettinger, J., entered November 28, 1983. *Reversed* and *remanded* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.